**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1616**

KIRIL ZAHARIEV,

        Plaintiff - Appellant,

     v.

NORTH ISLAND BAPTIST CHURCH (NIBC),

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge.  (9:24-cv-00326-RMG-MGB)

Submitted:  November 5, 2024           Decided:  December 30, 2024

Before KING, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kiril Zahariev, Appellant Pro Se. Sarah Patrick Spruill, HAYNSWORTH SINKLER BOYD, PA, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiril Zahariev appeals the district court's order accepting the recommendation of the magistrate judge to deny Zahariev's motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Zahariev v. N. Island Baptist Church*, No. 9:24-cv-00326-RMG-MGB (D.S.C. June 27, 2024). We also deny Zahariev's motion for a summary vacatur and deny his motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*